UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHY CHERN,

      Plaintiff,

    v.

STARBUCKS CORPORATION,

      Defendant.

Case No.  24-cv-04152-JD

**ORDER TO SHOW CAUSE**

On July 26, 2024, the Court issued a Reassignment Order Setting CMC which stated that "a Case Management Conference shall be held in this case on October 10, 2024, at 10:00 A.M., in Courtroom 11, 19th Floor, United States Court House, 450 Golden Gate Avenue, San Francisco, CA 94102." Dkt. No. 8.

On October 10, 2024, at 10 a.m., the case was called for the initial CMC. Defendant's counsel was present, but plaintiff's counsel was not. The absence was unexcused.

Plaintiff's counsel is directed to show cause in writing by October 18, 2024, why the case should not be dismissed under FRCP 41(b) for failure to prosecute and follow the Court's orders.

**IT IS SO ORDERED.**

Dated:  October 11, 2024

JAMES DONATO
United States District Judge

United States District Court
Northern District of California